JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CALVIN E. ALFORD, | ) Case No. CV 07-04502-MLG |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

   **IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: April 15, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge